**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

No. 97-1447

Michael Odell Johnson, etc.,     *
     *
     Appellant,     *
     * Appeal from the United States
     v.     * District Court for the
     * District of Minnesota
United States of America,     *
     * [UNPUBLISHED]
     Appellee.     *
     *

Submitted: June 10, 1997
Filed: June 13, 1997

Before MURPHY and HEANEY, Circuit Judges, and BOGUE,[1] District Judge.

PER CURIAM.

After the district court[2] denied his motion to suppress evidence, Michael O. Johnson pled guilty to one court of possession with intent to distribute crack cocaine and was sentenced to 120 months in prison. Johnson preserved his right to appeal the

---

[1]The Honorable Andrew W. Bogue, United States District Judge for the District of South Dakota, sitting by designation.

[2]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

denial of his suppression motion.  Having carefully reviewed the record, we agree with the district court that there was no Fourth Amendment violation because Johnson abandoned the drugs before any seizure occurred. See California v. Hodari D., 499 U.S. 621 (1991).  The judgment of the district court is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.